**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No. 2:22-cv-02941-MCS-E |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| 247 HOTELS BEVERAGE LLC, | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Case for Lack of Subject-Matter Jurisdiction and Denying Motion for Default Judgment, it is ordered, adjudged, and decreed that the Complaint is dismissed. The case is dismissed without prejudice for lack of jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 15, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1